1

2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

MELVIN DUKES,                                          No. C 09-04223 SBA (PR)

4

Plaintiff,                          **ORDER OF DISMISSAL**

5

v.

6

J. SELBIL, et al.,

7

Defendants.
                                                          /

8

9        Plaintiff, a state prisoner, filed this pro se civil rights action under 42 U.S.C. § 1983 in the

10  United States District Court for the Eastern District of California.  In an Order dated August 25,

11  2009, Magistrate Judge Kimberly J. Mueller of the Eastern District ordered it transferred to this

12  Court on venue grounds.

13        On September 17, 2009, the instant case was received by this Court.  On that same date, the

14  Clerk of the Court sent Plaintiff a notice that this case had been transferred to this Court.  The  Clerk

15  notice was returned as undeliverable with a notation:  "Return to Sender -- Inmate Refused."

16        In an Order dated October 26, 2009, the Court directed Plaintiff to inform the Court of his

17  continued intent to prosecute this action.  The Court informed Plaintiff that if he failed to do so

18  within thirty days, this action would be dismissed without prejudice for failure to prosecute.  The

19  Order was sent to Plaintiff at his last known address, Salinas Valley State Prison, and it was also

20  returned as undeliverable with a notation:  "Return to Sender -- Inmate Refused."

21        A district court may sua sponte dismiss an action for failure to prosecute or to comply with a

22  court order pursuant to Federal Rule of Civil Procedure 41(b).  See Link v. Wabash R.R., 370 U.S.

23  626, 633 (1962); McKeever v. Block, 932 F.2d 795, 797 (9th Cir. 1991).  The court should consider

24  five factors before dismissing an action under Rule 41(b): (1) the public interest in the expeditious

25  resolution of the litigation: (2) the court's need to manage its docket; (3) the risk of prejudice to the

26  defendants; (4) the availability of less drastic sanctions; and (5) the public policy favoring the

27  disposition of actions on their merits.  See Malone v. United States Postal Serv., 833 F.2d 128, 130

28

United States District Court
For the Northern District of California

United States District Court
For the Northern District of California

1   (9th Cir. 1987).[1]  The first three factors, above, weigh in favor of dismissal in light of the fact that

2   Plaintiff has not pursued this matter since it has been transferred to this district.  In addition, by

3   refusing the aforementioned legal mail, Plaintiff is implicitly expressing his lack of intent to

4   prosecute this action.  The fourth factor also weighs in favor of dismissal because less drastic

5   sanctions would have little impact in light of Plaintiff's apparent lack of interest in this case.

6   Although the fifth factor appears to weigh against dismissal, dismissal is appropriate in light of the

7   other four factors.  See Pagtalunan v. Galaza, 291 F.3d 639, 643 (9th Cir. 2002) (finding district

8   court did not abuse its discretion in dismissing petition with prejudice where three of the five factors

9   weighed in favor of dismissal).

10          In light of the foregoing, this action is hereby DISMISSED for failure to prosecute, pursuant

11   to Federal Rule of Civil Procedure 41(b).

12          The Clerk of the Court shall close the file and terminate any pending motions.

13          IT IS SO ORDERED.

14   DATED: 12/16/09

15   _____
     SAUNDRA BROWN ARMSTRONG
     United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27          [1]  The court should also afford the litigant prior notice of its intention to dismiss, id. at 133, as
     this Court has done.  While the Court's October 26, 2009 Order was returned as undeliverable, the record
     shows that Plaintiff had actually refused to accept it, as mentioned above.

28

United States District Court
For the Northern District of California

1  UNITED STATES DISTRICT COURT
   FOR THE
2  NORTHERN DISTRICT OF CALIFORNIA

3

4  MELVIN DUKES,                              Case Number: CV09-04223 SBA

            Plaintiff,
5                                             **CERTIFICATE OF SERVICE**

6    v.

7  J SELBIL et al,

8            Defendant.
   _____/

9
   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
10 Court, Northern District of California.

11 That on December 21, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said
   copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
12 envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
   located in the Clerk's office.

13

14

15 Melvin Dukes D-33572
   Salinas Valley State Prison
16 P.O. Box 1050
   Soledad, CA 93960-1050
17
   Dated: December 21, 2009
18                                            Richard W. Wieking, Clerk
                                              By: LISA R CLARK, Deputy Clerk
19

20

21

22

23

24

25

26

27

28
   P:\PRO-SE\SBA\CR.09\Dukes4223.41(b)-DISMISSAL.wpd        3